```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL , et al.,<br><br>            Plaintiffs,<br>    vs.<br><br>H. YOUNG ENTERPRISES, INC., etc.,<br><br>            Defendant. | NO.  C 11 0460 LB<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SAN MATEO EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND and PENSION FUND; SHERRI CHIESA, TRUSTEE, and defendant, H. YOUNG ENTERPRISES, INC., a California corporation, doing business as JUST DESSERTS, have stipulated that Plaintiffs have and recover judgment from Defendant and it appearing that the stipulation is in all respects proper and that the stipulation provides for judgment against defendant in the amount of $68,792.70,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SAN MATEO EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND and PENSION FUND; SHERRI CHIESA, TRUSTEE, have and recover judgment from defendant, H. YOUNG ENTERPRISES, INC., a California

1 corporation, doing business as JUST DESSERTS, in the amount of
2 $68,792.70, which amount is composed of the following:
3     a.  Contribution balances due and unpaid to Plaintiff Trust
4 Funds for the period October 1, 2010 through January 31, 2011 in the
5 amount of $62,175.18;
6     b.  Liquidated damages due and unpaid to the Plaintiff
7 Trust Funds for the same period in the amount of $6,217.52;
8     c.  Interest due pursuant to contract in an amount to be
9 computed after all payments are made.
10    d.  Costs of suit incurred in this action in the amount of
11 $400.00.
12    IT IS FURTHER ORDERED AND ADJUDGED that no writ shall be
13 issued, and an abstract of judgment will not be recorded so long as
14 defendant fully complies with the following conditions:
15    1.  Defendant shall make payments of all ongoing amounts
16 to become due to the BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES
17 AND RESTAURANT EMPLOYEES WELFARE FUND and PENSION FUND; pursuant to the
18 contract between defendant and UNITE HERE Local 2 for hours worked,
19 commencing with payment for February 2011 and continuing until all
20 payments due under paragraph 2 have been made.  Each of said payments
21 will be made by check payable to SAN MATEO HOTEL EMPLOYEES &
22 RESTAURANT EMPLOYEES TRUST and sent to the Union Bank, P.O. Box no
23 later than the 7th day of the month after the month in which the hours
24 were worked.
25    2.  Defendant shall pay the amount of the contributions in
26 the amount of $62,175.18 in installment payments as follows:
27       Wednesday March 9, 2011 - $15,661.26 for January 2011
28       Friday March 18, 2011 - $15,816.57 for December 2010

1  **Thursday March 31, 2011 - $15,133.01 for November 2010**

2  **Friday April 8, 2011 - $15,564.34 for October 2010**

3  **Said installment payments will be made by check payable to the SAN**
4  **MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES TRUST and sent to the**
5  **collection attorney, ERSKINE & TULLEY, 3030 Bridgeway, Suite 121,**
6  **Sausalito, CA 94965, Attention: Michael Carroll.**

7  **3.   Once the above amount of $62,175.18 is paid in full,**
8  **the Board of Trustees Fund will, exercising it's complete discretion,**
9  **review defendant's eligibility for a reduction of the liquidated**
10 **damages, interest, and costs owed as stated in paragraphs (b), (c),and**
11 **(d) above.   If defendant is not granted a complete waiver of the**
12 **amounts due under paragraphs (b), (c), and  (d), defendant shall make**
13 **payment on the remaining balance of $6,617.52 plus interest.**

14 **4.   Plaintiffs and Defendant each understand and agree that**
15 **any modification of payments must be made in writing and agreed to by**
16 **both the Plaintiffs and the Defendant.**

17 *////*
18 *////*
19 *////*
20 *////*
21 *////*
22 *////*
23 *////*
24 *////*
25 *////*
26 *////*
27 *////*
28 *////*

JUDGMENT PURSUANT TO STIPULATION

Order Re Judgment Pursuant to Stipulation           3
(C 11 0460 LB)

1         **IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the**
2  **Defendant to make any of their monthly contribution payments pursuant**
3  **to the collective bargaining agreement as set forth in paragraph 1**
4  **above, and the monthly installment payments in a timely manner as**
5  **required pursuant to the terms of paragraphs 2 of the stipulation,**
6  **entry of judgment and execution on the entire judgment in the amount**
7  **of $68,792.70 reduced by any offsets for payments made, shall issue**
8  **only after ten (10) days written notice to the Defendant that**
9  **Plaintiffs or Plaintiffs' attorney declares a default and intends to**
10 **file a Declaration stating that a default has occurred on the part of**
11 **the defendant.  Defendant waives notice of any hearing held by the**
12 **court upon the entry of judgment or Plaintiffs' declaration.**

13 Dated: __March 16, 2011_____

14
15                                              _____
                                                 **Magistrate Judge Laurel Beeler**

*(Signature and seal: Judge Laurel Beeler, United States District Court, Northern District of California)*

JUDGMENT PURSUANT TO STIPULATION

Order Re Judgment Pursuant to Stipulation         4
(C 11 0460 LB)